FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 23

at __ o'clock and __ min. __ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00481-02 HG |
| Plaintiff, | ) | |
| vs. | ) | |
| CHRISTIAN SANCHEZ, (02) | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Counts 2, 4 and 6 of the Indictment is now Accepted and the Defendant is Adjudged Guilty of such offenses. All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, __6-23-04__.

_____
UNITED STATES DISTRICT JUDGE