702 319 7010    Ryan's Express LV    12:32:25 p    10-24-2006    9/11

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 0 9 2006

IN THE UNITED STATES DISTRICT COURT at _1_ o'clock and _55_ min _P_ M
SUE BEITIA, CLERK

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 03-00481-002 HG |
| Plaintiff, | ) | ANSWER OF THE GARNISHEE FORM |
| v. | ) | |
| CHRISTIAN SANCHEZ, | ) | |
| Defendant, | ) | |
| RYAN'S EXPRESS, | ) | |
| Garnishee. | ) | |

## ANSWER OF THE GARNISHEE FORM

I, __ROBERT ANDREWS__, state that:

I am the (State Official Title) __Chief Operating Officer__ of Garnishee, __RYAN'S EXPRESS__ a corporation, organized under the laws of the State of __CALIFORNIA__.

On __10/24__, 2006, Garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect on the date of service (shown above):

1. The Garnishee has custody, control or possession of earnings because the Debtor is or was in my/our employ. _✓_ Yes. ___ No.

2. The Debtor's pay period is ___ weekly, _✓_ bi-weekly ___ semi-monthly, ___ monthly. Enter the date the present pay period began. ("Present" means the pay period in which the order and notice of garnishment were served) ___
Enter the date the above pay period ends. ___

3. The amount of the Debtor's net wages are:

(a) Gross Pay                          $ 1,200.00
(b) Federal income tax                 $ 68.81
(c) F.I.C.A. income tax                $ 88.93      ← CASDI - 9.30
(d) State income tax (CA)              $ 26.02      ← CASIT - 16.72
Total of tax withholdings              $ 183.76
Net Wages                              $ _____
(a less total of b, c, d)

4. Have there been previous garnishments in effect?.
   ___ Yes.  ✓ No.  If the answer is "yes," describe
   below:
   _____
   _____
   _____

5. The Garnishee has custody, control or possession
   of the following property (non-earnings), in which
   the Debtor maintains an interest, as described
   below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. N/A | N/A | N/A |
| 2. | | |
| 3. | | |
| 4. | | |

6. The Garnishee anticipates owing to the Debtor in
   the future, the following amounts:

| Amount | Estimate Date or Period Due |
|---|---|
| 1. $ N/A | |
| 2. $ | |
| 3. $ | |
| 4. $ | |

(Complete items 7-9 below if applicable)

7. The Garnishee makes the following claim of
   exemption on the part of the Debtor:
   N/A
   _____
   _____

2

8. The Garnishee makes the following objections, defenses, or set-offs to the United States' right to apply the Garnishee's indebtedness to the Debtor upon the United States' claim: NA

9. The Garnishee was not and is not indebted or under liability to the Debtor, and the Garnishee did not or does not have in his/her possession or control any property belonging to the Debtor, or in which the Debtor has an interest; and is not liable as Garnishee in the action for the following reason(s): NA

The Garnishee delivered or mailed the *original* of the Answer by first class mail to the Clerk of the United States District Court, Room C-338, United States Courthouse, 300 Ala Moana Blvd., Honolulu, Hawaii 96850.

The Garnishee delivered or mailed a *copy* of the Answer by first class mail to the Debtor, CHRISTIAN SANCHEZ at 4450 W 133rd Street #A, Hawthorne, CA 90250-5702.

The Garnishee delivered or mailed a *copy* of the Answer by first class mail to the United States Attorney, Attn: EDRIC M. CHING, Assistant United States Attorney, Financial Litigation Unit, Room 6-100, PJKK Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii 96850.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11-1-06.

_____
Garnishee

3