RYAN'S EXPRESS
TRANSPORTATION SERVICES
1637 West Brooks Avenue  North Las Vegas, NV 89032

Clerk of the United States District Court
Room C-338
United States Courthouse
300 Ala Moana Blvd
Honolulu HI 96850

RECEIVED
CLERK, U.S DISTRICT COURT
NOV 9 2006
1:55 pm
DISTRICT OF HAWAII