EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

EDRIC M. CHING  6697
Assistant U.S. Attorney
ATTN:  Financial Litigation Unit
Rm. 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850-6100
Telephone:  (808) 541-2850
Fax:        (808) 541-2958
Email: Edric.Ching@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. 03-00481-002 HG |
| ) | |
| Plaintiff, ) | GARNISHEE ORDER |
| ) | |
| vs. ) | |
| ) | |
| CHRISTIAN SANCHEZ, ) | |
| ) | |
| Defendant. ) | |
| _____) | |
| ) | |
| RYAN'S EXPRESS, ) | |
| ) | |
| Garnishee. ) | |
| _____) | |

GARNISHEE ORDER

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on November 9, 2006, stating that at the time

of the service of the Writ it had in its custody, control or possession, property in which the Defendant-Judgment Debtor, CHRISTIAN SANCHEZ (hereinafter referred to as "Debtor") has a substantial nonexempt interest, to wit:  nonexempt earnings belonging to and due Debtor.

Nonexempt earnings are defined as 25 percent of the Debtor's disposable earnings per pay period, calculated by deducting from gross wages the following required withholdings: federal income taxes, social security and medicare taxes, state income taxes, state disability insurance, and required payments to a public employee retirement system.  However, the Debtor is entitled to receive, free from garnishment, minimum net wages of $154.50 per week.

On <u>October 25, 2006</u>, the Application for Writ of Continuing Garnishment, Writ of Continuing Garnishment, Instructions to the Garnishee, Answer of the Garnishee Form, Clerk's Notice of Post-Judgment Garnishment and Instructions to Defendant Judgment Debtor, Request for Hearing Form, Notice to Defendant-Judgment Debtor on How to Claim Exemptions, and Claim for Exemption Form were sent to the Debtor via certified mail. Debtor did not request a hearing within the time allowed by 28 U.S.C. § 3202(d).

On <u>November 1, 2006</u>, the Garnishee represented to the Plaintiff that a copy of the Answer of the Garnishee Form was

delivered or mailed to the Debtor.  Debtor did not request a hearing within the time allowed by 28 U.S.C. §3205(c)(5).

IT IS ORDERED that Garnishee pay the sum of 25 percent of the Debtor's nonexempt earnings, each pay period to Plaintiff and continue said payments until the debt to the Plaintiff is paid in full or until the Garnishee no longer has custody, possession or control of any monies belonging to the Debtor or until further Order of the Court.

IT IS FURTHER ORDERED that the Garnishee make the checks payable to the <u>CLERK, U.S. DISTRICT COURT</u> and mail the checks to the following address:

>     Clerk, U.S. District Court
>     Room C-338, U.S. Courthouse
>     300 Ala Moana Boulevard
>     Honolulu, HI 96850

DATED: December 20, 2006, at Honolulu, Hawaii.



          /S/ Helen Gillmor
Helen Gillmor
Chief United States District Judge

USA vs. CHRISTIAN SANCHEZ
Cr. No. 03-00481-002 HG
GARNISHEE ORDER