| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* CR 03-00481HG-02 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* CR-07-73-R |

| NAME OF PROBATIONER/SUPERVISED RELEASEE: CHRISTIAN SANCHEZ | DISTRICT District of Hawaii | DIVISION Honolulu |
|---|---|---|
| FILED CLERK, U.S. DISTRICT COURT JAN 26 2007 CENTRAL DISTRICT OF CALIFORNIA BY ___ DEPUTY | NAME OF SENTENCING JUDGE Helen Gillmor | |
| | DATES OF PROBATION/SUPERVISED RELEASE: FROM 2/24/2006 | TO 2/23/2009 |

OFFENSE

COUNTS 2, 4, AND 6: MONEY LAUNDERING, in violation of 18 U.S.C. § 1956(a)(1)(B), a Class C felony

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
FEB 21 2007
at 4 o'clock and 30 min P M
SUE BEITIA, CLERK

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Central District of California (Inglewood)</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

11·15·06
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Central District of California (Inglewood)

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JAN 24 2007
Effective Date

_____
CHIEF United States District Judge
ALICEMARIE H. STOTLER