

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

February 14, 2007

District of Hawaii
C-338 Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850-001

RECEIVED
CLERK, U.S. DISTRICT COURT
FEB 21 2007
4:30pm
DISTRICT OF HAWAII

Re: Transfer of Jurisdiction of Probation
Your Case No. CR 07-0073 R
Assigned Our Case No. CR 03-00481 HG-02
Case Title: USA v. Christian Sanchez

Dear Sir/Madam:

Enclosed is the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer to this district as accepted by Judge Manuel L. Real.

Please forward to this district court certified copies of the following documents:
1) Indictment, Information, or Complaint
2) Judgment and Probationary Order
3) If a Class A Misdemeanor, a copy of a signed Consent to proceed before a magistrate judge, and/or document reflecting such consent, or waiver form.

The probationer has been assigned our case number as referenced above. Please include this case number in all future correspondence.

Sincerely,

Clerk, U.S. District Court

By A. Bridges
Deputy Clerk

cc: Probation Office, Los Angeles
    Probation Office, District of Origin

CR-25 (12/01)                          TRANSMITTAL LETTER - PROBATION TRANSFER-IN